# ELECTRONIC RECORD

*1121-14*
*1122-14*

COA # 01-12-01075-CR     OFFENSE: 71.02 (Engaging in Organized Crim Activity)

STYLE: Marcus Lee Jefferson v. The State of Texas     COUNTY: Harris

COA DISPOSITION: AFFIRM     TRIAL COURT: 180th District Court

DATE: 08/14/2014     Publish: NO     TC CASE #: 1321017

## IN THE COURT OF CRIMINAL APPEALS

*1121-14*
*1122-14*

STYLE: Marcus Lee Jefferson v. The State of Texas     CCA #: _____

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

_____STRUCK_____     DATE: _____

DATE: 02/04/2015     JUDGE: _____

JUDGE: _Per Curiam_     SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

_PRO SE_ PETITION

FOR DISCRETIONARY REVIEW

IS _REFUSED_

DATE 04/29/2015

_Per Curiam_

JUDGE

## ELECTRONIC RECORD